JS-6

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARKETSOURCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> INCIPIO, LLC, <br><br> Defendant. | Case No. 8:20-cv-02204-JVS-KES <br><br> **JUDGMENT GRANTING PLAINTIFF MARKETSOURCE, INC.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date: September 20, 2021 <br> Time: 1:30 p.m. <br><br> Complaint Filed: November 17, 2020 |

# JUDGMENT

Plaintiff MarketSource, Inc.'s Motion for Summary Judgment on the claims asserted in its Complaint and Defendant Incipio, LLC's notice of non-opposition were taken under submission by the Court and the hearing, vacated. On October 6, 2021, the Court issued the following ruling.

After considering the papers filed in support of and in opposition to the Motion and finding good cause therefore:

IT IS HEREBY ORDERED THAT pursuant to Federal Rule of Civil Procedure 56:

1. MarketSource established every element of the breach of contract claim with undisputed evidence. MarketSource's motion is GRANTED as to its breach of contract claim. MarketSource is, thus, entitled to judgement as a matter of law on its claim for breach of contract in the amount of $869,531.93.

2. The subject Master Services Agreement contract provides that attorney's fees and costs are available to the prevailing party in an arbitration but allows MarketSource the option to seek recovery through court proceedings, which it did in this case. MarketSource's claim for attorney's fees and costs is, therefore, DENIED.

3. MarketSource is entitled to pre-judgment interest in the sum of $192,553.64. MarketSource is also entitled to post-judgment interest which will begin accruing on the total award of $1,062,086.57 upon entry of judgment if Incipio delays payment. MarketSource's claim for pre- and post-judgment interest is GRANTED.

Accordingly, the Court orders entry of judgment of $869,532.93 in damages for breach of contract for MarketSource and against Incipio, and $192,553.64 in pre-judgment interest against Incipio. The Court also awards post-judgment interest on the total award of $1,062,086.57 upon entry of judgment.

**IT IS SO ORDERED.**

Dated: October 29, 2021

_____

James V. Selna
United States District Judge